**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Eric H. Horn (EH 2020)
Thomas Livolsi (TL 7602)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Attorneys for the Receiver*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> Innua Canada Ltd., <br><br> Debtor in Foreign Proceeding. | Chapter 15 <br><br> Case No. 09-_____(____) <br><br> (Joint Administration Requested) |
| In re: <br><br> The Normandy Group S.A., <br><br> Debtor in Foreign Proceeding. | Chapter 15 <br><br> Case No. 09-_____(____) <br><br> (Joint Administration Requested) |

### LIST FILED PURSUANT TO BANKRUPTCY CODE
### SECTION 1515 AND BANKRUPTCY RULE 1007(a)(4)

RSM Richter Inc. (the "Receiver") is the court-appointed receiver and duly authorized foreign representative of Innua Canada Ltd. ("Innua Canada") and The Normandy Group S.A. ("Normandy" and together with Innua Canada, the "Foreign Debtors") in a Canadian receivership proceeding (the "Canadian Proceeding") pending before the Ontario Superior Court of Justice (Commercial List), Case No. 09-CL-8069 (the "Ontario Court").

The Receiver hereby files this list pursuant to 11 U.S.C. § 1515 and Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure and upon information and belief, states as follows:

A. <u>Administrators in Foreign Proceedings Concerning the Foreign Debtors</u>

1. Upon information and belief, RSM Richter Inc. is the only court-appointed "administrator" in the Canadian Proceeding. The Receiver believes that, other than the Canadian Proceeding and these Chapter 15 cases, there are no foreign proceedings pending with respect to any of the Foreign Debtors.

2. RSM Richter Inc.'s address is as follows: 200 King St. W., Suite 1100, P.O. Box 48, Toronto, ON M5H 3T4.

B. <u>Parties to Any Litigation in Which the Foreign Debtors are Parties</u>

3. To the extent known by the Receiver, other than the Canadian Proceeding and these Chapter 15 cases, there are no other proceedings pending in which the Foreign Debtors are parties.

C. <u>Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519</u>

4. The list of all creditors (or agents thereof) of the Foreign Debtors known to the Receiver is as follows:[1]

| 3 Peaks<br>172 Plains Rd E<br>Burlington, ON L7T 2C3 | DHL Express Canada<br>200 Westcreek BLVD<br>Brampton, ON L6T 4T7 | Federal Express Canada Ltd<br>PO Box 4626<br>Toronto, ON M5W 5B4 |
|---|---|---|
| Heniff Transportation<br>7416 S. County Line Rd.<br>Burr Ridge, IL  60527 | Stolt-Haven<br>15602 Jacintoport Blvd.<br>Houston, TX 77015 | IMTT Bayonne<br>Dept. # 325 P.O. Box 4869<br>Houston, TX  77210-4869 |

---

[1] The list includes employees, agents, officers, directors and/or equity holders of the Foreign Debtors known to the Receiver. This list also includes certain governmental agencies.

| | | |
|---|---|---|
| Laboratory Services Inc<br>P.O. Box 10<br>Carteret, NJ  07008 | Livingston International Inc.<br>P.O. Box 70<br>Fort Erie, ON  L2A 5M6 | Livingston International Inc. - CAD<br>P.O. Box 40<br>Fort Erie, ON  L2A 5M7 |
| M.C. Tank Transport Inc<br>P.O. Box 635458<br>Cincinnati, OH  45263-5458 | MARTTS Inc<br>3801 Shanks Lane<br>Louisville, KY  40216 | Ministry of Finance<br>33 King St West<br>P.O. Box 620<br>Oshawa, ON  L1H 8E9 |
| Nick Nikolaiczuk<br>240 Salmon Point Rd RR1<br>Cherry Valley, ON  K0K 1P0 | One Connect Services Inc.<br>48 Younge St, Suite 1200<br>Toronto, ON  M5E 1G6 | Resin Technology LLC<br>1 Forge Village Rd. Suite A<br>Groton, MA  01450 |
| Rogers Cartage Co.<br>611 South 28th St<br>Chattanooga, TN  37408 | Stolt Nielson Rail Services Inc.<br>P.O. Box 201680<br>Houston, TX  77216-1680 | Stolt Nielson Transportation Group<br>P.O. Box 7247-7357<br>Philadelphia, PA  19170-7357 |
| Stolthaven Houston Inc.<br>P.O. Box 201680<br>Houston, TX  77216-1680 | Taylor Leibow Accountants and Advisors<br>Effort Square 7th Floor<br>105 Main St East<br>Hamilton, ON  L8N 1G6 | The Compliance Centre Inc.<br>205 Matheson Blvd E. #7<br>Mississauga, ON  L4Z 1X8 |
| The Normandy Group S.A.<br>330-3310 S. Service Road<br>Burlington, Ontario L7N 3M6 | Transchem Services Inc.<br>P.O. Box 148<br>Millersburg, OH 44654 | Transflo Terminal Services Inc.<br>6735 Southpoint Drive South J6<br>Jacksonville, FL  32216-6177 |
| Volume Tank Transport Inc<br>1230 Shawson Drive<br>Mississauga, ON  L4W 1C3 | IMTT<br>321 St. Charles Ave.<br>New Orleans, LA 70130 | IMTT<br>250 East 22nd Street<br>PO Box 67<br>Bayonne, NJ 07002 |
| Transflo Toledo<br>Heather Neagley<br>1601 Miami Street<br>Toledo, OH 43605 | Transflo Chattanooga<br>Susan Kelly<br>520 West 26th Street<br>Chattanooga, TN 37408 | Transflo Chicago<br>Tanya M. Januszewski<br>1401 W 145th Street,<br>East Chicago, IN 46312 |
| Mid American Rail Truck Transfer<br>2600 Miller Lane<br>Louisville, KY 40216 | The Normandy Group SA<br>3 Catherine Christopher<br>Road Town, Tortola, BVI | David T. Ullmann<br>Minden Gross LLP<br>145 King Street West, Suite 2200<br>Toronto, Ontario, Canada M5H 4G2 |

| Catherine Francis<br>Minden Gross LLP<br>145 King Street West<br>Suite 2200<br>Toronto, Ontario, Canada<br>M5H 4G2 | United States Trustee<br>U.S. Department of Justice<br>District of New Jersey<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Internal Revenue Service<br>P.O. Box 1126<br>Philadelphia, PA 19114-0326 |
|---|---|---|
| Internal Revenue Service<br>955 S. Springfield Avenue<br>Springfield, NJ 07081 | New Jersey Division of Taxation<br>50 Barrack Street<br>CN 269<br>Trenton, NJ 08646 | Attorney General of the US<br>Department of Justice<br>Constitution Avenue & 10th Street NW<br>Washington, DC 20530 |
| United States<br>Attorney Office<br>District of New Jersey<br>970 Broad Street<br>Newark, NJ 07102 | Anne Milgram, Esq.,<br>Attorney General<br>Office of the Attorney General<br>P.O. Box 080<br>Hugest Justice Center<br>25 W. Market Street<br>Trenton, NJ 08625 | |

Dated: Roseland, New Jersey
       March 16, 2009

**LOWENSTEIN SANDLER PC**

By: ___/s/ Eric H. Horn___
Michael S. Etkin (ME 0570)
Eric H. Horn (EH 2020)
Thomas Livolsi (TL 7602)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Attorneys for the Receiver*