**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Eric H. Horn (EH 2020)
Thomas Livolsi (TL 7602)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Attorneys for the Receiver*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Innua Canada Ltd.,<br><br>        Debtor in Foreign Proceeding. | Chapter 15<br><br>Case No. 09-_____ ( ___ )<br><br>(Joint Administration Requested) |
| In re:<br><br>The Normandy Group S.A.,<br><br>        Debtor in Foreign Proceeding. | Chapter 15<br><br>Case No. 09-_____ ( ___ )<br><br>(Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL
## RULES OF BANKRUPTCY PROCEDURE 1007(a)(4) AND 7007.1

RSM Richter Inc. (the "Receiver") is the court-appointed receiver and duly authorized foreign representative of Innua Canada Ltd. ("Innua Canada") and The Normandy Group S.A. ("Normandy" and together with Innua Canada, the "Foreign Debtors") in a Canadian receivership proceeding (the "Canadian Proceeding") pending before the Ontario Superior Court of Justice (Commercial List), Case No. 09-CL-8069 (the "Ontario Court").

The Receiver hereby files this Corporate Ownership Statement pursuant to rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and upon information and belief states that the following entities own 10% or more of any class of the Foreign Debtors' equity interests as set forth below:

*Normandy*. Upon information and belief, David Harris and Gail Harris (husband and wife) own all of the common shares of Normandy and serve as Normandy's senior officers.

*Innua Canada*. Upon information and belief, David Harris and Gail Harris (husband and wife) own all of the common shares of Innua Canada and serve as Innua Canada's senior officers.

Dated: Roseland, New Jersey
March 16, 2009

LOWENSTEIN SANDLER PC


By:___*/s/ Michael S. Etkin*_____
Michael S. Etkin (ME 0570)
Eric H. Horn (EH 2020)
Thomas Livolsi (TL 7602)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Attorneys for the Receiver*